IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW G. JENNINGS,

     Plaintiff,                     No. CIV S-08-1305 KJM P

    vs.

A. MORELAND, et al.,

     Defendants.           <u>ORDER</u>

                               /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

/////

/////

1

2.  Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 23, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
jenn1305.3c

2