**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| MATTHEW JENNINGS,            )<br>                              )<br>          Plaintiff,          )<br>                              )<br>vs.                           )<br>                              )<br>A. MORELAND, et al.,          )<br>                              )<br>          Defendants.         )<br>_____) | 2:08-cv-01305-HDM-RAM<br><br>ORDER |

The plaintiff's motion for an extension of time in which to file his amended complaint is hereby granted.  Plaintiff shall have up to and including Thursday, March 26, 2009, within which to file an amended complaint in this action.

IT IS SO ORDERED.

DATED: This 24th day of February, 2009.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE