**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MATTHEW JENNINGS, | ) | 2:08-cv-01305-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| A. MORELAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   The plaintiff has filed a letter with the court "requesting clarification regarding plaintiff's right to object" (#48). The court construes the letter as a motion appealing an order of the magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a).

   On September 22, 2009, the defendants moved for 28-day extensions of time to respond to several of plaintiff's discovery requests (#41, #42, and #43). On September 23, 2009, the magistrate judge granted the defendants' motions (#44, #45, and

1

1  #46), giving defendants until October 30, 2009, to respond to
2  plaintiff's requests.  On September 28, 2009, the plaintiff filed
3  an objection to the defendant's motions (#47).  On October 1, 2009,
4  plaintiff filed his appeal from the magistrate judge's orders
5  (#48).
6      Defendants requested the extensions because of difficulties
7  contacting the appropriate individuals at the California Department
8  of Corrections ("CDCR") and obtaining from them the documents
9  responsive to plaintiff's requests.  Plaintiff objected to the
10 motion, arguing that the defendants were engaging in delay tactics
11 but stipulating to a 15-day extension of time.
12     Pursuant to 28 U.S.C. § 636(b)(1)(A), a magistrate judge may
13 issue an order regarding any motion that is not dispositive of the
14 case.  This court may reconsider a magistrate judge's order
15 regarding a pretrial matter where "it has been shown that the
16 magistrate judge's ruling is clearly erroneous or contrary to law."
17 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).
18     The magistrate judge's orders granting defendants extensions
19 of time to respond to plaintiff's discovery requests were not
20 clearly erroneous or contrary to the law.  Accordingly, plaintiff's
21 objections to the magistrate judge's order is hereby **DENIED.**
22     **IT IS SO ORDERED.**
23     DATED: This 6th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE

2