1 | Matthew Jennings(In Pro Se)
2 | K-53172 A-1-149
3 | MULE CREEK STATE PRISON
3 | P.O. Box 409020
4 | Ione, California 95640


FILED
DEC 07 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| Matthew Jennings, ) | No. 2:08-cv-01305-HDM-RAM-P |
|---|---|
| Plaintiff, ) | |
| ) | Order Granting The |
| vs. ) | Plaintiff Priority Law |
| ) | Library Use For (180) Days. |
| A. Moreland et, al. ) | |
| Defendants. ) | |

TO THE HONORABLE MAGISTRATE JUDGE ROBERT A. McQUAID:

Plaintiff Matthew G. Jennings ( Inmate No. K-53172 ) is currently incarcerated at Mule Creek State Prison ( - A - Facility / Building # 1 / Cell 149up ). Plaintiff is a " Pro Se " inmate in the above entitled case. Plaintiff requests a order from this court directing Mule Creek State Prison's litigation Coordinator to place the Plaintiff on the ( Priority Law Library list ) on - A - Facility for a period of ( 180 ) one hundred and eighty days from the date of this motion / order being filed. Plaintiff will use this time to prosecute this case, do legal research, and


COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

1  have access to make copies of the legal documents pertaining to
2  this case. For good cause stated this motion / order should be
3  granted.

### DECLARATION.

I Matthew Jennings declare that I am the Plaintiff in the above entitled case. I swear under the penalty of perjury that all the statements and facts contained within this motion / order are true and correct. Executed this 2nd day of December 2009 at Mule Creek State Prison in Ione, California.

Respectfully Submitted,

Matthew Jennings(In Pro Se)

December 2, 2009

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: December 9, 2009

( 2 )