**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

```
MATTHEW JENNINGS,              )     2:08-cv-01305-HDM-RAM
                               )
          Plaintiff,           )
                               )     ORDER
vs.                            )
                               )
A. MORELAND, et al.,           )
                               )
          Defendants.          )
_____)
```

The plaintiff has filed objections (#81) to the magistrate judge's order denying his request for production of documents that defendants claimed were confidential (#79). The magistrate judge reviewed the requested documents *in camera* and determined that they were confidential documents that, "for security concerns, should not be in the possession of an inmate." The magistrate judge therefore determined that the documents need not be produced to the plaintiff.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a magistrate judge may

1

1  issue an order regarding any motion that is not dispositive of the
2  case.  This court may reconsider a magistrate judge's order
3  regarding a pretrial matter where "it has been shown that the
4  magistrate judge's ruling is clearly erroneous or contrary to law."
5  28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).
6      The magistrate judge's order (#79) was not clearly erroneous
7  or contrary to the law.  Accordingly, plaintiff's objection to the
8  magistrate judge's order (#81) is hereby **DENIED.**
9      **IT IS SO ORDERED.**
10     DATED: This 26th day of May, 2010.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE