**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

```
MATTHEW JENNINGS,              )    2:08-cv-01305-HDM-RAM
                               )
          Plaintiff,           )
                               )    ORDER
vs.                            )
                               )
A. MORELAND, et al.,           )
                               )
          Defendants.          )
_____)
```

On March 26, 2010, the plaintiff filed a motion requesting service of identified Doe defendants (#72). On March 31, 2010, the court instructed plaintiff that he would first have to amend his complaint to state a claim against the Doe defendants. Plaintiff filed his amended complaint on April 8, 2010, and this court found that it stated a claim for relief against defendants Bal and W.L. Brown. The court directed the plaintiff to submit documents for service of process within thirty days of the date of its order, or by May 15, 2010. Plaintiff has not filed any notice of submission

1

Case 2:08-cv-01305-MCE-CKD   Document 91   Filed 05/27/10   Page 2 of 2

1  of documents, and the time for doing so has expired.  Accordingly,
2  plaintiff's request for service of Doe defendants (#72) is **DENIED**.
3       **IT IS SO ORDERED**.
4       DATED: This 26th day of May, 2010.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

2