1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MATTHEW JENNINGS, | ) | 2:08-cv-01305-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| A. MORELAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff has filed a motion to amend his complaint in order to identify a "Doe" defendant (#97). The motion is granted. Plaintiff shall have up to and including July 6, 2010, in which to file his amended complaint. Plaintiff is informed that the court cannot refer to a prior pleading in order to make plaintiff's amended complaint complete. Local Rule 15-220 requires that an

1

1  amended complaint be complete in itself without reference to any

2  prior pleading.  This is because, as a general rule, an amended

3  complaint supersedes the original complaint.  *See Loux v. Rhay*, 375

4  F.2d 55, 57 (9th Cir. 1967).  Once plaintiff files an amended

5  complaint, the original pleading no longer serves any function in

6  the case.  Therefore, in an amended complaint, as in an original

7  complaint, each claim and the involvement of each defendant must be

8  sufficiently alleged.

9       **IT IS SO ORDERED.**

10      DATED: This 16th day of June, 2010.

11

12      _____
        UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28