MATTHEW JENNINGS (IN PRO SE)
K-53172 A-1-149
MULE CREEK STATE PRISON
P.O. BOX 409020
IONE, CALIFORNIA

**LODGED**

JUN 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Jennings,<br>    Plaintiff,<br>vs.<br>A. Moreland., et,al,<br>    Defendant's. | NO. 2:08-cv-01305-HDM-RAM<br><br>ORDER GRANTING THE PLAINTIFF (6) SIX MONTHS PRIORITY LEGAL LIBRARY USE. |

IT IS HEREBY ORDER THAT MATTHEW JENNINGS # K-53172 BE GIVEN (6) SIX MONTHS PRIORITY LEGAL LIBRARY USE. THE SENIOR LAW LIBRARY PERSON [ MS. S. GYLES ] SHALL PLACE MATTHEW JENNINGS # K-53172 ON THE PRIORITY LEGAL LIST BEGINNING July, 7 2010 ) and ENDING January 7, 2011.

IT IS SO ORDERED. *[signature]*

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____ July 7, 2010 _____



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 98 10924