**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

```
MATTHEW JENNINGS,              )        2:08-cv-01305-HDM-RAM
                               )
          Plaintiff,           )
                               )        ORDER
vs.                            )
                               )
A. MORELAND, et al.,           )
                               )
          Defendants.          )
_____)
```

The plaintiff has filed an "answer in rebuttal" to defendants' answer to his complaint. Neither the Federal Rules of Civil Procedure nor the Local Rules allows for a reply to an answer unless the court has ordered one be filed or the answer presents crossclaims that require a response. *See* Fed. R. Civ. P. 7(a). The court has not ordered plaintiff to file a reply to the defendant's answer, and it will not issue any such order. Further, defendant's answer does not present any crossclaims to which a response is required. Accordingly, plaintiff's answer to the

1

defendants' answer (#110) is hereby stricken.

**IT IS SO ORDERED.**

DATED: This 11th day of August, 2010.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE