IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW JENNINGS,

    Plaintiff,                      No. 2:08-cv-1305 LKK CKD P

    vs.

A. MORELAND, et al.

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. Defendants have requested an extension of the deadline for filing their motion for summary judgment. Good cause appearing, the motion will be granted.

        Accordingly, IT IS HEREBY ORDERED that the motion to modify the scheduling order (Docket No. 183) is granted. Defendants shall file their motion for summary judgment on or before July 5, 2012.

Dated: June 21, 2012

                                             _____
                                           CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE