IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW G. JENNINGS,

      Plaintiff,                    No.  2:08-cv-1305 LKK CKD

    vs.

A. MORELAND, et al.,

      Defendants.              ORDER

_____/

        On May 2, 2013, plaintiff filed objections to the magistrate judge's April 10, 2013 order denying plaintiff's long-pending discovery requests.  (Dkt. No. 218.)  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 10, 2013, is affirmed.

DATED: February 6, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1