UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW G. JENNINGS,<br><br>    Plaintiff,<br><br>    v.<br><br>A. MORELAND, et al.,<br><br>    Defendants. | No.  2:08-cv-1305 LKK CKD P<br><br>ORDER REQUESTING CONFIDENTIAL STATEMENTS RE: CASE SELECTION FOR PRISONER SETTLEMENT PROGRAM<br><br>FIFTEEN-DAY DEADLINE |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  On February 11, 2014, the district court denied defendants' motion for summary judgment as to defendants Valente, Craddock, Goldman, Pereira, Steward, Flores, W. Brown, Mansaray, and Moreland.  Before directing the parties to file pretrial statements, the court will seek information as to whether this action would benefit from a settlement proceeding.

    Accordingly, the parties to this action shall each, no later than fifteen days from the date of the order, submit confidential statements as described below.  The confidential statements shall not be served on the opposing party or filed with the court, but instead, delivered by mail, fax, e-mail or personal delivery to the court's Alternative Dispute Resolution ("ADR") division at the address, fax number, or e-mail address below and marked "Confidential."  Such statements shall

be limited to five pages and shall include the following:

    1. The party's assessment of whether the instant action is of the type that would benefit from a settlement proceeding;

    2. The party's assessment of what factors, if any, will prevent settlement of this matter prior to trial; and

    3. Any additional information the court may find useful in determining whether to set this matter for a settlement conference.

Should the court determine this action to be appropriate for referral to the Prisoner Settlement Program, the court will set this matter for a settlement conference before a magistrate judge or district judge.

Accordingly, IT IS HEREBY ORDERED that:

    1. Within fifteen days from the date of this order, the parties shall submit confidential settlement statements as set forth above; and

    2. The Clerk of the Court is directed to send a copy of this order to:

    ADR Division, Attention: Sujean Park  
    U.S. District Court  
    501 I Street, Suite 4-200  
    Sacramento, CA 95814  
    Fax: (916) 930-4224  
    email: spark@caed.uscourts.gov

Dated: February 18, 2014

    /s/ Carolyn K. Delaney  
    CAROLYN K. DELANEY  
    UNITED STATES MAGISTRATE JUDGE

2 / jenn1305.sett