UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW G. JENNINGS, | No.  2:08-cv-1305 LKK CKD P |
| Plaintiff, | |
| v. | ORDER |
| A. MORELAND, et al., | |
| Defendants. | |

On April 30, 2014, plaintiff filed a request for reconsideration of that portion of the magistrate judge's April 11, 2014 order which denied plaintiff's April 4, 2014 motion for appointment of counsel.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the magistrate judge's April 11, 2014 order denying plaintiff's motion for appointment of counsel is affirmed.

DATED: June 4, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1