UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW G. JENNINGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. MORELAND, et al.,<br><br>　　　　Defendants. | Case No.: 2:08-cv-01305-LKK-CKD (PC)<br><br>ORDER DIRECTING PLAINTIFF TO BE TRANSPORTED BACK TO THE CALIFORNIA DEPARTMENT OF CORRECTIONS FOLLOWING SETTLEMENT CONFERENCE CONDUCTED ON JUNE 6, 2014 |

On June 6, 2014, the Court conducted a settlement conference between the parties, and Plaintiff appeared in person pursuant to the Writ of Habeas Corpus Ad Testificandum. The settlement conference having concluded on this same day,

IT IS HEREBY ORDERED that Plaintiff shall be transported immediately back to the California Department of Corrections and Rehabilitation.

IT IS SO ORDERED.

Dated: **June 9, 2014**

UNITED STATES MAGISTRATE JUDGE

1