UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW G. JENNINGS,<br><br>     Plaintiff,<br><br>  v.<br><br>A. MORELAND, et al.,<br><br>     Defendants. | No.  2:08-cv-1305 MCE CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a motion entitled "Motion for 6 Months Priority Law Library Status." (ECF No. 275.) In his motion, plaintiff alleges that a court order is necessary before he can use the law library and he therefore requests that the court issue an order granting him "Preferred Legal User" status.

Plaintiff requests PLU status in order to prepare for his trial, which is set for February 2016. (ECF No. 264.) In May 2015, however, plaintiff is not under a present obligation to submit documents and thus has not demonstrated that his right of access to the courts is being impaired. The court will not order that plaintiff be granted six months' PLU status at this time. However, plaintiff may renew his motion for PLU status later this year, covering the six-month period before trial, and the court will reconsider his request.

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for PLU status (ECF No. 275) is denied without prejudice to renewal.

Dated: May 15, 2015

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / jenn1305.80