UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW G. JENNINGS,<br><br>    Plaintiff,<br><br>    v.<br><br>A. MORELAND, et al.,<br><br>    Defendants. | No.  2:08-cv-1305 MCE CKD<br><br><br><br>ORDER |

Pending before the Court is Plaintiff's "Request for a Ruling of the Objection Motion." ECF No. 281.  The Court construes Plaintiff's filing as a motion for reconsideration of the the order that the assigned magistrate judge issued on April 9, 2015 (ECF No. 273).

Pursuant to Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that:

///
///
///
///
///

1

1. Plaintiff's "Request for a Ruling of the Objection Motion" (ECF No. 281), construed as a motion for reconsideration of the magistrate judge's April 9, 2015 order, is GRANTED; and

2. Upon reconsideration, the magistrate judge's April 9, 2015 order (ECF No. 273) is AFFIRMED.

IT IS SO ORDERED.

Dated:  December 4, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT