UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW G. JENNINGS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. MORELAND, et al.,<br><br>　　　　　Defendants. | No. 2:08-cv-01305-MCE-CKD<br><br>**ORDER APPOINTING COUNSEL** |

　　　　Plaintiff Matthew G. Jennings ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 4, 2016, the court found that the appointment of counsel is warranted in this case and granted plaintiff's motion for the appointment of counsel and referred the case to the court's Pro Bono Program.  (ECF No. 294.)  Brian K. Wanerman has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Brian K. Wanerman is appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order upon Brian K.

Wanerman, Law Office of Brian K. Wanerman, 1023 H St., Suite B5, Sacramento, California 95814.

IT IS SO ORDERED.

Dated: April 27, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT