# UNITED STATES DISTRICT COURT

Eastern **District of** California

| | |
|---|---|
| Matthew G. Jennings<br>Plaintiff (s),<br><br>V.<br><br>A. Moreland, et al.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>**CASE NUMBER:** 2:08-cv-01305 |

Notice is hereby given that, subject to approval by the court, __A. Moreland__ substitutes
(Party (s) Name)

__Kevin J. Dehoff__ , State Bar No. __252106__ as counsel of record in place
(Name of New Attorney)

place of __Lucas L. Hennes__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Angelo, Kilday & Kilduff

Address: 601 University Ave., Suite 150, Sacramento, CA 95825

Telephone: 9916) 564-6100     Facsimile (916) 564-6263

E-Mail (Optional): kdehoff@akk-law.com

I consent to the above substitution.                        /s/ *Amanda Moreland*

Date:   05/13/2016                                   Amanda Moreland (sued herein as A. Moreland)
                                                                    (Signature of Party (s))

I consent to being substituted.                           /s/ *Lucas L. Hennes*

Date:   05/19/2016                                              Lucas L. Hennes
                                                                (Signature of Former Attorney (s))

I consent to the above substitution.                       /s/ *Kevin J. Dehoff*

Date:   05/23/2016                                              Kevin J. Dehoff
                                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   5/26/2016                                          /s/ Carolyn K. Delaney
                                                                        Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**