IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Matthew G. Jennings

              Plaintiff(s)

vs.

A. Moreland et.al.

              Defendants.

No. 2:08-cv-01305-MCE-CKD

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Brian K. Wanerman, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on April 27, 2016, by the Honorable Morrison C. England, Jr., United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> Round trip travel from attorney's office in Sacramento, CA to Salinas Valley State Prison in Soledad, CA for the purpose of conducting an initial consultation with plaintiff, determining plaintiff's current health condition and ability to resume proceedings in the above-entitled case, obtaining details on the facts and nature of the case and determining the nature and location of evidence and/or witnesses which/who will be needed to be discovered, produced, subpoenaed or called for the successful prosecution of plaintiff's case.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 250.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:08-cv-01305-MCE-CKD

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19 day of May, 20 16, at Sacramento, California.

Brian K. Wanerman
Attorney for Plaintiff(s)

The above expenditure is __XX__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: Date: June 16, 2016

United States District Judge/Magistrate Judge