UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW G. JENNINGS,<br><br>              Plaintiff,<br><br>       v.<br><br>A. MORELAND, et al.,<br><br>              Defendants. | No. 2:08-cv-01305-MCE-CKD<br><br><br><br>**ORDER** |

Plaintiff's request for an extension of time to file his trial brief was considered by the Court. Good cause appearing, Plaintiff's request is granted. Plaintiff is hereby granted an extension of time to file his trial brief until December 8, 2016.

IT IS SO ORDERED.

Dated: December 1, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1