UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW G. JENNINGS,<br><br>Plaintiff,<br><br>v.<br><br>A. MORELAND, et al.,<br><br>Defendants. | No. 2:08-cv-1305 MCE CKD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding through counsel. On April 4, 2017, the undersigned held a settlement conference, during which the parties reached a settlement. The court read the terms of the settlement on the record to which the parties agreed. On August 13, 2017, plaintiff filed a document styled, "Failure to Follow Settlement Agreement by Plaintiff's Counsel." (ECF No. 346.)

The undersigned has reviewed the terms of the settlement placed on the court record. The record reflects that all parties agreed to the terms of the settlement in open court, and the undersigned confirmed that Deputy Attorney General Lawrence Bragg would write a letter to the Victim Compensation Board advising of the settlement of this case, and provide plaintiff's counsel a copy of the letter within thirty days from the settlement conference. In addition, the undersigned stated that plaintiff's counsel <u>may</u> write a letter to the victim's family advising them of the instant settlement and suggesting they may want to apply for payment to the Victim

1

Compensation Board. However, the undersigned expressly noted that there was no agreement as to the outcome of any such correspondence, and that if the Board disagreed, or if the victim's family failed to apply, such failed outcome would not serve as a basis to set aside the settlement.

Review of the settlement terms placed on the court record fails to confirm any order that plaintiff would be provided copies of any particular document. Moreover, the court did not order plaintiff's counsel to write the victim's family, and thus was not required to do so.

In an abundance of caution, counsel for plaintiff is directed to inform the court, within fourteen days, whether he received the letter from Mr. Bragg, and whether plaintiff's counsel intends to write the victim's family.

Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order, plaintiff's counsel shall file a status report addressing the above issues.

Dated: August 10, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/jenn1305.set

2